**UNITED STATES DISTRICT COURT**
**DISTRICT OF MINNESOTA**

---

Triple S Farms, LLC, Green Acres Dairy, LLC, Rocky Point Farms, Inc., Charles Fry, Emily Snyder, and Northcrest Dairy, Inc.,

Plaintiffs,

v.

DeLaval Inc. and West Agro, Inc.,

Defendants.

No. 0:22-cv-01924-KMM-SGE

**ORDER**

---

On September 25, 2026, Plaintiffs filed a letter requesting leave to file an early motion for summary judgment on a single issue. Dkt. 631. Specifically, Plaintiffs ask the Court to allow summary-judgment practice to determine a judgment entered against DeLaval Inc. in a previous federal case precludes Defendants from relitigating the issue of the V300 robotic milking system's compliance with industry standards. *Id.* at 1. The earlier federal case is *DeLaval Inc. v. Hardy's Holsteins, LLC*, No. 20-cv-13058 (E.D. Mo.), and the decision upon which Plaintiffs seek to rely is the district court's Opinion and Order Granting in Part and Denying in Part Cross-Motions for Summary Judgment, *id.*, 2023 WL 6396574 (E.D. Mo. Sept. 29, 2023). Defendants oppose Plaintiffs' request. Dkt. 634.

Courts have inherent authority "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases." *Chambers v. NASCO, Inc.*, 501 U.S. 32, 43, (1991) (quoting *Link v. Wabash Ry. Co.*, 370 U.S. 626, 630–31 (1962)). To that end, this Court generally discourages piecemeal motions for summary judgment. Others do as well.

*In re Nat'l Hockey League Players' Concussion Injury Litig.*, No. 14-MDL-2551 (SRN/BRT), 2017 WL 3141921, at *2 (D. Minn. July 24, 2017); *Cole v. Convergys Customer Mgmt. Gr., Inc.*, No. 12-2404-SAC, 2013 WL 1446556, at *1 (D. Kan. Apr. 9, 2013) ("A party should ordinarily submit only one motion for summary judgment which contains all arguments and evidence in support of a judgment in favor of the moving party, so as to avoid a piece-meal approach to a multiple claim suit.").

The Court has carefully reviewed the parties' arguments and the summary-judgment ruling in *Hardy's Holsteins* and finds that an early motion for summary judgment along the lines Plaintiffs propose would not substantially contribute to the efficient resolution of this case. A ruling on that motion would not eliminate the need for further merits discovery and expert discovery on important issues in the case, could cause delay, and would likely increase the burden on the parties and the Court while the case is progressing through the next phase of the litigation.

Accordingly, **IT IS HEREBY ORDERED THAT** Plaintiffs' letter request for leave to file an early motion for summary judgment (Dkt. 631) is **DENIED**.

Date: October 7, 2026

*s/Katherine Menendez*
Katherine Menendez
United States District Judge